# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

*Richard Akey*

v.

*Owens-Illinois Inc., et al.,*

W.D. WI Case No. 01-CV-00070

## Order

This matter coming to be heard on the plaintiff's Motion to Dismiss Action Pursuant to Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED** that the motion is GRANTED and this action is hereby dismissed without prejudice with each party to bear its own costs.

Date: April 29, 2014

_____
Honorable William M. Conley